UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MEREDITH FARRINGTON, | 2:11-cv-01801-PMP-PAL |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

Having conducted a *de novo* review of these proceedings,

IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. #6) entered March 21, 2012 is AFFIRMED and Plaintiff's Complaint (Doc. #4) is hereby DISMISSED.

IT IS FURTHER ORDERED that the Clerk of Court shall enter Judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security Administration, and against Plaintiff Meredith Farrington.

DATED: April 9, 2012

_____
PHILIP M. PRO
United States District Judge